USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alfred Wilder,

                      Plaintiff,

    -against-

City of New York et al.,

                      Defendants.

1:20-cv-03887 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than March 5, 2021, Plaintiff shall either (1) file an Amended Complaint, or (2) file an opposition to each of the pending motions to dismiss filed by Defendant Oasis (ECF No. 27) and Defendant Sera Security (ECF No. 38) and the anticipated motion to dismiss to be filed by Defendant City of New York. If Plaintiff requires additional time to respond to the motions, he may file a letter with the Court requesting a further extension. Defendants shall file their respective replies, if any, no later than March 26, 2021.

2. During the conference, Plaintiff indicated that he did not intend to pursue any claims against the New York City Housing Authority ("NYCHA"). Accordingly, no later than March 5, 2021, Plaintiff shall either file an Amended Complaint (as set forth in paragraph 1) omitting NYCHA as a Defendant or, by the same date, file a notice of voluntary dismissal as to NYCHA in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). In the interim, the deadline for NCYHA to respond to the Complaint is adjourned *sine die*.

3. Defendants Oasis and Sera Security are directed to mail copies of their respective motions to dismiss to Plaintiff's current address: 888 Grand Concourse Apt. 3B, Bronx, New York 10451.

Plaintiff is advised that there is a free legal clinic in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, all appointments will take place via telephone. An unrepresented party can make an appointment by completing the electronic intake form, available on the Court's website at https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a voice message. Plaintiff is strongly encouraged to seek assistance from NYLAG in either filing an Amended Complaint or opposing the motions to dismiss as set forth in paragraph 1 of this Order.

The Clerk of Court is directed to change Plaintiff's address on the docket to the address listed in paragraph 3 of this Order and to mail copy of this Order to the *pro se* Plaintiff at the updated address.

**SO ORDERED.**

DATED:  New York, New York
        January 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge