```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alfred Wilder,

                          Plaintiff,

       -against-

City of New York et al.,

                        Defendants.

1:20-cv-03887 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's January 5, 2021 Order (ECF No. 42), Plaintiff was to file an amended complaint, or an opposition to the pending motions to dismiss, by March 5, 2021. As of the date of this Order, no such filing has been received by the Court. Accordingly, it is hereby Ordered that the deadline for Plaintiff to comply with the Court's January 5, 2021 Order is extended until April 15, 2021. **Plaintiff is warned that failure to file an amended pleading or opposition by that date will result in a recommendation to the District Judge that his case be dismissed for failure to prosecute.** *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to mail copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              March 16, 2021

                                                  */s/ Stewart D. Aaron*
                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge